UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MATTHEW WASHINGTON,<br><br>            Petitioner,<br>      v.<br>WILLIAM GITTERE, et al.,<br><br>            Respondents. | Case No. 2:19-cv-00614-RFB-PAL<br><br>ORDER |

Petitioner Matthew Washington has submitted a *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254 (ECF No. 1-1). He has submitted an application to proceed *in forma pauperis* but he has failed to include the required financial certificate or inmate account statements. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.

It is not entirely unclear whether a dismissal without prejudice would materially affect a later analysis of any timeliness issue with regard to a new action filed in a new case. Therefore, Washington shall have 30 days from the date of this order to either pay the $5.00 filing fee or submit a properly executed financial certificate and inmate account statements. Failure to do so may result in the dismissal of this action without prejudice.

**IT IS THEREFORE ORDERED** that within **30 days** of the date of this order petitioner shall submit either a properly executed financial certificate and inmate account statements or pay the $5.00 filing fee.

**IT IS FURTHER ORDERED** that failure to do so may result in the dismissal of this action without prejudice.

DATED: April 22, 2019.

                                                                                             _____
                                                                                              RICHARD F. BOULWARE, II
                                                                                              UNITED STATES DISTRICT JUDGE