UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MATTHEW WASHINGTON,<br><br>　　　　　Petitioner,<br>　v.<br>WARDEN WILLIAM GITTERE, et al.,<br><br>　　　　　Respondents. | Case No. 2:19-cv-00614-RFB-BNW<br><br>ORDER |

On June 17, 2019, this court granted petitioner Matthew Washington's motion for leave to file a second-amended § 2254 petition for a writ of habeas corpus (ECF No. 14). Washington, through counsel, explained that the first-amended petition was filed without counsel having a full opportunity to examine all potential claims. That same day, Washington filed a pro se document that he styled as a supplemental petition (ECF No. 16). As Washington is now represented by counsel and the Court has granted leave for the filing of a second-amended petition, the pro se supplemental petition is improper and the Court declines to consider it. Accordingly, it is stricken.

**IT IS THEREFORE ORDERED** that the pro se supplemental petition (ECF No. 16) is **STRICKEN**.

DATED: June 21, 2019

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1