RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
*JASON F. CARR
Assistant Federal Public Defender
Nevada State Bar No. 06587
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Jason_Carr@fd.org

*Attorney for Petitioner **Matthew Washington**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MATTHEW WASHINGTON,

Petitioner,

v.

WILLIAM GITTERE, WARDEN et al.,

Respondents.

Case No. 2:19-cv-00614-RFB-BNW

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A SECOND AMENDED PETITION FOR WRIT OF HABEAS CORPUS**

**(Third Request)**

COMES NOW, **Petitioner Matthew Washington**, by and through his counsel of record **Jason F. Carr**, Assistant Federal Public Defender, hereby moves this Court for an enlargement of time of sixty-three days—from February 25, 2020, to April 28, 2020—to file a Second Amended Petition for Writ of Habeas Corpus.

On May 28, 2019, this Court issued an order provisionally appointing the Office of the Federal Public Defender to represent Petitioner Washington. (*See* ECF No. 7.). On June 13, 2019, counsel entered his appearance. (*See* ECF No. 12).

On June 17, 2019, this Court accepted Washington's First Amended Petition, envisioned by counsel to be a protective petition, and granted Washington's request to file a Second Amended Petition. (*See* ECF No. 14; *see also* ECF No. 15 (First Amended Petition).) The June 17, 2019 Order allowed counsel until October 15, 2019 to make that filing. Washington then requested extensions to February 25, 2020.

In this unopposed Motion, Washington seeks a final sixty-three extension of time thereby rendering his Second Amended Petition due on **April 28, 2020.**

Washington submits this additional time is necessary in order to effectively and thoroughly prepare this case. Counsel was unable to meet with Washington at Ely State Prison until January 23, 2020, because of prison transfer issues and other complications. That meeting disclosed further facts and investigative details that counsel is currently exploring.

In fact, on this day, February 25, 2020, counsel received witness information that substantiates the need to fully explore whether Washington is innocent of the Nevada charges of conviction. The Federal Public Defender has assigned an investigator to the matter. The investigative phase of the litigation should conclude in a reasonable amount of time.

Further, delay is reasonable because Washington is still litigating and exhausting claims in state court. On September 23, 2019, a Clark County, Nevada,

district court entered a final written order his post-conviction petition. Washington appealed. His opening brief is due February 28, 2020.

On February 24, 2020, I contacted counsel for the Respondents, Erica Berrett, Deputy Attorney General, regarding this motion. The State of Nevada does not object to this request. The State, however, waives no other rights by extending this professional courtesy. Petitioner's extension does not signify an implied basis for tolling period of limitations or waiver of any other procedural defense. Petitioner at all times remains responsible for calculating any limitations periods and understands that, in granting an extension request, the Court makes no finding or representation that the petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely.

Washington submits this motion in the interests of justice in order to assure counsel has adequate time to fully investigate Washington's Nevada convictions. I respectfully request that this Court grant the request for an extension of time to file Washington Second Amended Petition for Writ of Habeas Corpus to **April 28, 2020**, to ensure the effective and thorough representation of Mr. Washington.

/ / /

/ / /

/ / /

Dated: February 25, 2020.

                                    Respectfully submitted,

                                    Rene L. Valladares
                                    Federal Public Defender

                                    /s/ *Jason F. Carr*
                                    JASON F. CARR
                                    Assistant Federal Public Defender

IT IS HEREBY **ORDERERED** THAT PETITIONER WASHINGTON'S REQUEST
FOR AN EXTENSION OF TIME IS **GRANTED**.  PETITIONER WASHINGTON
SHALL FILE HIS SECOND AMENDED PETITION NO LATER THAN **APRIL 28,
2020.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 26th day of February, 2020.

CERTIFICATE OF SERVICE

I hereby certify that on **February 25, 2020**, I electronically filed the foregoing

with the Clerk of the Court for the United States District Court, District of Nevada

by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by

the CM/ECF system and include: **Deputy Attorney General Erica Berrett**

I further certify that some of the participants in the case are not registered CM/ECF

users. I have mailed the foregoing by First-Class Mail, postage pre-paid, or have

dispatched it to a third-party commercial carrier for delivery within three calendar

days, to the following non-CM/ECF participants:

Matthew Washington
No. 1061467
Ely State Prison
PO Box 1989
Ely, NV 89301

*/s/ Adam Dunn*
An Employee of the
Federal Public Defender