UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MATTHEW WASHINGTON,<br><br>　　　　　　　Petitioner,<br>　v.<br>WARDEN WILLIAM GITTERE, et al.,<br><br>　　　　　　　Respondents. | Case No. 2:19-cv-00614-RFB-BNW<br><br>ORDER |

Matthew Washington's 28 U.S.C. § 2254 Petition for a Writ of Habeas Corpus is before the Court on his Motion for Extension of Time to File a Second Amended Petition (ECF No. 25). Good cause appearing,

**IT IS ORDERED** that Petitioner's Motion for Extension of Time to File a Second Amended Petition (ECF No. 25) is **GRANTED**. Petitioner shall file his Second Amended Petition on or before **July 27, 2020**.

DATED: 29 April 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE